

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00572-CV

Sammy Lee **WOODS**, Jr.,
Appellant

v.

Celineise **WOODS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 24-1259-CV-C
Honorable William D. Old III, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

Delivered and Filed: March 5, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant Sammy Lee Woods, Jr. appeals the trial court's June 25, 2024 protective order. Appellant's brief was originally due January 29, 2025. Neither the brief nor a motion for extension of time was filed. We therefore ordered appellant's counsel, Maynard Austin, to file, by February 13, 2025, appellant's brief and a written response reasonably explaining the failure to timely file the brief. We admonished appellant that if he failed to file the brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant did not respond to our order.

- 2 -

Accordingly, this appeal is dismissed.

PER CURIAM